JAMES R. McCORMICK, Plaintiff in Error, *v.* WILLIAM GRAY, Defendant in Error.

ERROR TO MORGAN.

When the refusal to grant a new trial is assigned, as a reason for the reversal of a judgment, the bill of exceptions should state the whole of the testimony.

THIS cause was heard before WOODSON, Judge, at March term, 1854, of the Morgan Circuit Court.

J. McCONNEL, for Plaintiff in Error.

D. A. SMITH, for Defendant in Error.

TREAT, C. J. Gray brought an action against McCormick, and obtained a verdict therein. The court overruled a motion for a new trial, and rendered judgment on the verdict. The refusal to grant a new trial, is now assigned for error. The bill of exceptions does not profess to contain all of the evidence adduced on the trial. We therefore cannot inquire into the propriety of the decision. It should appear on the face of the bill of exceptions, that the whole of the testimony is incorporated. In the absence of such a statement, the presumption is, that the evidence authorized the verdict. See *Clark* v. *Willis, ante,* 61.

The judgment must be affirmed.

*Judgment affirmed.*